### RIGDON v. CLAYPOOL & WHEELER et al.

No. 12977—Opinion Filed June 27, 1922.

Error from Order of State Industrial Commission.

Action by George B. Rigdon against Claypool & Wheeler and others to review order of State Industrial Commission refusing to award him workman's compensation. Affirmed.

Graham & Rollins, for petitioner.

Burford, Miley, Hoffman & Burford, for respondents.

McNEILL, J. This proceeding was instituted in this court by George B. Rigdon against Claypool & Wheeler, Associated Employers' Reciprocal, and the State Industrial Commission to reverse an order of the Industrial Commission denying the claimant compensation under the Workmen's Compensation Act. The questions involved are identical with the case of Walter Canode v. Claypool & Wheeler et al. (No. 12976, this day decided), 86 Okla. 262, 207 Pac. 974, and the questions there decided control the questions involved in this case.

The order of the Industrial Commission is affirmed upon authority of the case of Canode v. Claypool & Wheeler et al. (No. 12976, this day decided).

HARRISON, C. J., and JOHNSON, ELTING, and NICHOLSON, JJ., concur.